In re Harmony Corporation;—Defendants); applying for supervisory and/or remedial "writs; Parish of St. James, 23rd Judicial District Court, Div. “E”, No. 23,459; to the Court of Appeal, Fifth Circuit, No. 97-CW-0868.
Granted. Judgment of the trial court is reversed. Summary judgment is granted in favor of Harmony Corp., dismissing plaintiffs suit against it with prejudice. See Casto v. Fred’s Painting, Inc., 97-0374 (La. 4/4/97), 692 So.2d 408; Alexander v. Ingersoll-Rand, 95-1816 (La. 10/27/95), 661 So.2d 1365.
CALOGERO, C.J., would grant and docket.
VICTORY, J., not on panel.